## Ulrich SPECK, Appellant

v.

## Brian L. BATES, Anthony O. Ragheb, Joseph M. Stewart, IV, William J. Bourdeau, Brian D. Choules, James D. Purdy, Neal E. Fearnot, Appellees

2016-1879

United States Court of Appeals, Federal Circuit.

February 13, 2017

BRYAN PATRICK COLLINS, Pillsbury Winthrop Shaw Pittman LLP, McLean, VA,

argued for appellant. Also represented by JACK S. BARUFKA, ROBERT M. FUHRER.

CHRISTOPHER A. BROWN, Woodard, Emhardt, Moriarty, McNett & Henry LLP, Indianapolis, IN, argued for appellees. Also represented by WILLIAM ALEX MCKENNA.

(Wallach, Hughes, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**